```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/9/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YANILZA GONZALEZ,

                Plaintiff,

            -v-

MEL BERNIE & Co.

                Defendant.
------------------------------------------------------------------X

23-cv-9331 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Before the Court is Plaintiff's motion for a thirty-day extension of time to file a conditional dismissal order. Dkt. No. 11. Pursuant to this Court's order on February 18, 2024, *see* Dkt. No. 10, the action has been dismissed. Accordingly, the motion for an extension is denied without prejudice to renewal by formal motion to reopen the case. *See* S.D.N.Y. Local Rules 6.1; 7.1; *see also Midwest Realty Mgmt. Co. v. City of Beavercreek*, 93 F. App'x 782 (6th Cir. 2004) (per curiam); *U.S. ex rel. Knight v. Reliant Hospice, Inc.*, 2011 WL 1321584, at *2 (D.S.C. Apr. 4, 2011).

    The Clerk of Court is respectfully directed to close Dkt. No. 11.

    SO ORDERED.

Dated: April 9, 2024
       New York, New York

                                                 LEWIS J. LIMAN
                                               United States District Judge