UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YANILZA GONZALEZ, on behalf of herself and           Case No.: 1:23-cv-09331-LJL
all others similarly situated,

                          Plaintiff,
       -against-                             **NOTICE OF VOLUNTARY**
                                                     **DISMISSAL WITH PREJUDICE**

MEL BERNIE AND COMPANY, INC.,

                          Defendant.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that the above-entitled action against the Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), with prejudice, and without costs, disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
            May 29, 2024

                                                  Respectfully submitted,

                                                     */s/ Noor A. Saab*
                                                     By: Noor A. Saab Esq.
                                                     The Law Office of Noor A. Saab
                                                   *Attorney for Plaintiff*
                                                   380 North Broadway, Penthouse West
                                                   Jericho, New York 11753
                                                   Tel: 718-740-5060
                                                   Email: noorasaablaw@gmail.com